# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 4:13-CR-00269-ALM-AGD-8 |
| | § | |
| JASON MICHAEL HOOD | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, the Court having heretofore referred the request for the revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. The Court has received the Report and Recommendation of the United States Magistrate Judge pursuant to its order. With Defendant having waived allocution before the Court as well as his right to object to the report of the Magistrate Judge, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

It is therefore **ORDERED** that the Report and Recommendation of United States Magistrate Judge is **ADOPTED** as the opinion of the Court.

It is further **ORDERED** that Defendant's supervised release is hereby **REVOKED**.

It is further **ORDERED** that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for an additional term of twenty-seven (27) months, with an eighteen (18) month term of supervised release to follow. It is further **ORDERED** that Defendant shall reside in a residential reentry facility or similar facility, in a community corrections component for a period of 180 days to commence upon release from confinement, to be reassessed at 90 days for progress and compliance.

It is further **ORDERED** that all previously imposed conditions are reimposed.

It is further **ORDERED** that the Government's motion to dismiss allegations 1 and 2 is **GRANTED**.

The Court also recommends that Defendant be housed in a Bureau of Prisons facility in El Reno, Oklahoma, if appropriate.

**IT IS SO ORDERED**.

 **SIGNED this 9th day of March, 2026.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE